# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 107 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DAMIEN METZ, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW,** this 6th day of August, 2020, the "Application for Permission to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days of the date of this order.